No. 7,206.—STATE ex Rel. DORIS YVONNE S. HOFFMAN, RELATRIX, *v.* DISTRICT COURT et al., RESPONDENTS.

Decided November 18, 1933.

PER CURIAM.—Upon motion of counsel of relatrix made in open court, it is ordered that this cause be, and it is hereby, dismissed.

*Messrs. Toomey & McFarland,* for Relatrix.